SEYFARTH SHAW LLP
Nicole Baarts (SBN 226733)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549
Email: nbaarts@seyfarth.com

SEYFARTH SHAW LLP
Kristin N. Ivanco (SBN 294993)
400 Capitol Mall, Suite 2300
Sacramento, California  95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839
Email: kivanco@seyfarth.com

Attorneys for Defendant
LATHROP LOGISTICS, LLC, *erroneously sued as* LATHROP LOGISTICS, LLP dba C&S WHOLESALE GROCERS, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY TARON SMITH, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>LATHROP LOGISTICS, LLC, a Delaware limited liability company dba C&S WHOLESALE GROCERS, LLC; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No. 2:26-cv-01632-DJC-CKD<br><br>(San Joaquin County Superior Court Case No. STK-CV-UWT-2026-0002215)<br><br>**PROOF OF SERVICE**<br><br>Action Filed: March 23, 2026<br>Complaint Served: March 25, 2026 |

PROOF OF SERVICE

325467218v.1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2300, Sacramento, California 95814-4428. On May 27, 2026, I served the within document(s):

1. **INITIAL CASE MANAGEMENT ORDER**

2. **STANDING ORDER IN CIVIL CASES**

3. **MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!**

4. **NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ by causing personal delivery, through Nationwide Legal LLC, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Kellen M. Crowe, Esq.                            Attorneys for Plaintiff
kellen.crowe@wilshirelawfirm.com
WILSHIRE LAW FIRM
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Tel.: (213) 381-9988
Fax: (213) 381-9989

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on May 27, 2026, at Sacramento, California.

_____
Hope E. Bledsoe

PROOF OF SERVICE

325467218v.1